JOHN GAINE, PROSECUTOR-APPELLANT, v. D. FREDERICK BURNETT, COMMISSIONER OF ALCOHOLIC BEVERAGE CONTROL OF THE STATE OF NEW JERSEY, DEFENDANT-RESPONDENT.

Submitted May 26, 1939—Decided October 16, 1939.

For the prosecutor-appellant, *Quinn & Doremus (John J. Quinn)* and *William F. Hanlon.*

For the defendant-respondent, *Nathan L. Jacobs.*

PER CURIAM.

We consider that it was within the authority of the State Commissioner of Alcoholic Beverage Control to impose the

regulation under review and to suspend the license of a violating licensee. Having in mind that this is the extent of the holding we affirm for the reasons stated by Mr. Justice Bodine in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, DONGES, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 11.

*For reversal*—PERSKIE, J. 1.